### *Jonathan Holmes* v. *Elisha Williams.*

THE defendant, in a suit against the plaintiff, the *venue* of which was laid in *Albany,* had obtained a judgment in which the costs awarded were nine dollars 12 cents, and on the supposition that the original

May Term,
1805.
*ca. sa.* had issued into *Columbia*, sued out a *testatum ca. sa.* inserting 14 dollars 44 cents. The now plaintiff having been taken on this writ brought the present action for false imprisonment.

*Williams*, on an affidavit disclosing the above facts, and adding that he did not personally issue the execution or ever see it, or knew of the mistake till the 6th day of the present month, moved to amend the *testatum ca. sa.* by expunging the 14 dollars 44 cents, and inserting 9 dollars 12 cents.

*Van Wyck*, contra. This is an application in one suit, to amend mistakes and errors in another. If the amendment is to be in the cause of *Williams* v. *Holmes*, the papers ought not to be entituled in that of *Holmes* v. *Williams*. The motion goes to take away the basis and foundation of our action.

*Per Curiam.* Take your motion.